**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

MARLON OSBOURNE, M.D. AND THE    :    No. 55 EAP 2024
CITY OF PHILADELPHIA OFFICE OF THE    :
MEDICAL EXAMINER,    :
   :
       Appellees    :
   :
   :
      v.    :
   :
   :
JOSHUA M. GREENBERG AND SANDRA    :
GREENBERG, ADMINISTRATORS OF THE    :
ESTATE OF MS. ELLEN R. GREENBERG,    :
   :
       Appellants    :
   :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 14th day of May, 2025, the Application for Discontinuance is

GRANTED.

     Justice Wecht did not participate in the consideration or decision of this matter.